```
                                    FILED
                                    09 MAY -7 PM 3:11
                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA

                                    BY:  ed              DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 89-0520-R |
|        Plaintiff, ) | |
|        v. ) | ORDER EXONERATING CRIMINAL BOND AND RECONVEYANCE OF TRUST DEED |
| GENE J. CASTIGLIONE, ) | |
|        Defendant. ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the property bond posted on the above captioned case be exonerated and the following real property, located at 11507 Rocky Lane, Lakeside, CA, be reconveyed to the recorded owner of the property.

**SO ORDERED**

Dated: 5/6/09

                                              UNITED STATES
                                              DISTRICT COURT JUDGE

7333

ATTORNEY OF RECORD

JAMES J. WARNER

AND WHEN RECORDED MAIL TO
CLERK, UNITED STATES DISTRICT COURT

940 Front St.
San Diego, Ca.
92101

IN RE: U.S. v. Castiglione
CASE NO. 89-0520-R

1347

RECORDED IN
OFFICIAL RECORDS
OF SAN DIEGO COUNTY, CA

89 JUN 13 PM 12:17

VERA L. LYLE
COUNTY RECORDER

SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS
SECURING A PERSONAL SURETY BOND TO THE UNITED STATES DISTRICT COURT
OR THE UNITED STATES OF AMERICA AS INDICATED BELOW

This Deed of Trust, made this 7th day of June, 1989, between

GENE J. CASTIGLIONE, herein called TRUSTOR,

whose address is P.O. BOX 311    LAKESIDE    CA.

TRUSTORS SECURITY SERVICE, a California corporation, 7624 Painter Avenue, Whittier, CA 90602, herein called TRUSTEE, and

☒ UNITED STATES OF AMERICA, herein called Beneficiary.

Witnesseth: That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS to TRUSTEE IN TRUST, WITH POWER OF SALE that property in SAN DIEGO County, California, described as:

11507 Rocky Lane, Lakeside, Ca.
Parcel 1: That portion of lot 1 and of the Northwest Quarter
of the Northeast Quarter of Section 7, Township 15 South,
Range 1 East, San Bernardino Base, and Meridan, in the County
of San Diego, State of California, according to the official
Plat of said land, filed in the District Land Office August 29, 1881
Parcel 2: An easement and Right of Way for road purposes.

For the Purpose of Securing 1. Performance of each agreement of Trustor incorporated by reference, or contained herein under the bond(s) posted on behalf of defendant(s) Guy Castiglione in Case# 89-0520-R which includes an obligation by said trustor(s) surety(ies) in the amount of $ 25,000.00.

Dated 6-7-89

X [signature] Gene J. Castiglione

State of California
County of San Diego

On this the 7 day of June, 1989,
before me, DOUGLAS L. PLATT (DL PLATT)
the undersigned Notary Public, personally appeared
GENE J. CASTIGLIONE

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence
to be the person(s) whose name(s) is subscribed to the
within instrument, and acknowledged that HE executed it.
WITNESS my hand and official seal.

[signature] Douglas L. Platt (DL Platt)
Notary's Signature